## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

|  |  |  |
|---|---|---|
| ARTHUR C. LEWIS, | * | |
| ADC #66947 | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 5:03CV00223   SWW |
| | * | |
| MARGARET JACKS, Supervisor, | * | |
| Cummins Unit, Arkansas Department of | * | |
| Correction and MARIE LINZY, | * | |
| Manager, Cummins Unit, Arkansas | * | |
| Department of Correction | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23RD DAY OF FEBRUARY, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE